ORIGINAL

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAX ANALYSTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 94-0923(GK) |
| ) | |
| INTERNAL REVENUE SERVICE, ) | **FILED** |
| ) | |
| Defendant. ) | OCT 0 3 2002 |
| ) | |

**STIPULATION**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The parties hereto, plaintiff Tax Analysts and defendant Internal Revenue Service, hereby stipulate and agree as follows:

1. The relief that this court declared on January 21, 2000, that the court was inclined to grant, is hereby GRANTED, and

2. This action is dismissed with prejudice.

_____
WILLIAM A. DOBROVIR
D.C. Bar No. 030148
Suite 102
65 Culpeper Street
Warrenton, VA 20861
(540) 341-2183

Attorney for Plaintiff

Dated: October 3, 2002

_____
PAT S. GENIS
Trial Attorney, Tax Division
Civil Trial Section, Eastern Region
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington, DC 20044
(202) 307-6528

Attorney for Defendant

SO ORDERED: _____
             UNITED STATES DISTRICT JUDGE